**SECOND DIVISION
MILLER, P. J.,
ANDREWS and BRANCH, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**January 24, 2018**

# In the Court of Appeals of Georgia

A15A1858. THE STATE v. WILLIAMS.

BRANCH, Judge.

In *State v. Williams*, 336 Ga. App. 97 (783 SE2d 700) (2016), this Court reversed the trial court's grant of Michael Lloyd Williams's motion to suppress his statement to police following arrest. The Supreme Court of Georgia granted certiorari, vacated the decision of this Court, and directed that the case be remanded to the trial court for further clarification on the specific findings that form the basis for its legal conclusions with regard to Williams's motion to suppress. *Williams v. State*, 301 Ga. 60 (799 SE2d 779) (2017). We therefore vacate our previous opinion, adopt the decision of the Supreme Court, and remand this case to the trial court for clarification of its findings in accordance with the Supreme Court's decision.

*Case remanded with direction. Miller, P. J., and Andrews, J., concur.*